UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ORMOND RESTAURANT CONCEPTS, INC. D/B/A FROGGER'S GRILL AND BAR, AND AEM, INC., D/B/A MIRABILIS HR,,<br><br>Defendants.<br>_____/ | CIVIL ACTION<br><br>Case No. 6:07-CV-1549-ORL-19UAM |

**DEFENDANT AEM, INC., D/B/A MIRABILIS HR'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendant, AEM, Inc., d/b/a Mirabilis HR, ("AEM"), by and through its undersigned counsel, and under Federal Rule of Civil Procedure 6(b), hereby files Defendant AEM, Inc.'s Unopposed Motion for an Enlargement of Time to File Responsive Pleading to Plaintiff's Complaint and, as grounds therefor, states as follows:

1.   AEM was served with Plaintiff's Complaint on December 17, 2007. A responsive pleading to the Complaint must therefore be served by January 7, 2008. *See* Fed. R. Civ. P. 12(a)(1)(A).

2.   AEM seeks a two-week enlargement of time or until January 21, 2008, to serve its responsive pleading to Plaintiff's Complaint. This extra time is necessary for AEM

- 2 -

to complete its preliminary investigation of Plaintiff's allegations, and to prepare its response.

3. Pursuant to Local Rule 3.01(g), counsel for AEM contacted counsel for Plaintiff, the EEOC, to discuss the issue addressed in this motion. Pursuant to the conversation with one of the counsel for the EEOC, undersigned counsel is authorized to represent to this Court that Plaintiff agrees to the requested enlargement of time.

4. This Court, for cause shown, may order any period of time enlarged if the request is made before the expiration of the period originally prescribed. *See* Fed. R. Civ. P. 6(b).

5. AEM files this motion before the time within which a response to Plaintiff's Complaint is due. Additionally, good cause exists for enlarging the period for AEM to serve a responsive pleading.

6. AEM files this motion in good faith. Allowing AEM to file and serve a responsive pleading by January 21, 2008, will not delay the proceedings and will not prejudice Plaintiff who has agreed to the requested enlargement of time.

WHEREFORE, AEM respectfully requests that this Court enter an order granting AEM an enlargement of time to serve its responsive pleading to Plaintiff's Complaint from January 7, 2008, to January 21, 2008.

Dated this 3rd day of January, 2008.

Respectfully submitted,

By: s/Lori R. Benton
Lori R. Benton
Florida Bar No. 708429
FORD & HARRISON LLP
300 South Orange Avenue
Suite 1300
Orlando, FL 32801
(407) 418-2300 Telephone
(407) 418-2327 Facsimile
E-Mail: lbenton@fordharrison.com

Attorneys for Defendant AEM, Inc. d/b/a Mirabilis HR

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Cheryl A. Cooper at cheryl.cooper@eeoc.gov.

s/Lori R. Benton
Lori R. Benton

Orlando:128807.1

- 3 -