UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,                    CASE NO. 6:07-CV-01549-ORL-19UAM

        Plaintiff,

v.

ORMOND RESTAURANT CONCEPTS, INC.
d/b/a Frogger's Grill and Bar and AEM, INC.
d/b/a Mirabilis HR,

        Defendants.

_____

**DEFENDANT AEM, INC.'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant AEM, Inc. d/b/a Mirabilis HR, by and through its undersigned counsel, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure entered January 7, 2008 (Doc. 13):

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Response:**

      a.      U.S. Equal Employment Opportunity Commission, Plaintiff

      b.      Cheryl A. Cooper, Esquire, Senior Trial Counsel, Plaintiff's Counsel

      c.      Ronald Cooper, General Counsel, Plaintiff's Counsel

    d.      James L. Lee, Esquire, Deputy General Counsel, Plaintiff's Counsel

    e.      Gwendolyn Young Reams, Esquire, Associate General Counsel, Plaintiff's Counsel

    f.      Nora E. Curtin, Esquire, Regional Attorney, Plaintiff's Counsel

    g.      Maria Kate Boehringer, Esquire, Supervisory Trial Attorney, Plaintiff's Counsel

    h.      Ormond Restaurant Concepts, Inc. d/b/a Frogger's Grill and Bar, Defendant

    i.      AEM, Inc. d/b/a Mirabilis HR, Defendant

    j.      Mirabilis Ventures, Inc., Parent Company of Defendant AEM, Inc.

    k.      Ford & Harrison LLP, Defendant AEM's Counsel

    l.      Lori R. Benton, Esquire, Defendant AEM's Counsel

    m.      Deann Arcodia, Charging Party

    n.      Nicole Cox, Charging Party

    o.      Patrick Gould, Charging Party

    p.      Glasser and Handel, Charging Partys' Counsel

    q.      David W. Glasser, Esquire, Charging Partys' Counsel

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Response:**

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**Response:**

None.

4.      The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**Response:**

      a.      Deann Arcodia, Charging Party

      b.      Nicole Cox, Charging Party

      c.      Patrick Gould, Charging Party

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 16th day of January, 2008.

                              Respectfully submitted,

                              By:s/Lori R. Benton
                                  Lori R. Benton
                                  Florida Bar No. 708429
                                  E-mail: lbenton@fordharrison.com

                              FORD & HARRISON LLP
                              300 South Orange Avenue, Suite 1300
                              Orlando, FL  32801
                              (407) 418-2300  Telephone
                              (407) 418-2327  Facsimile
                              Attorneys for Defendant
                              AEM, Inc. d/b/a Mirabilis HR

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Cheryl A. Cooper, Esquire, U.S. Equal Employment Opportunity Commission at cheryl.cooper@eeoc.gov.

<u>s/Lori R. Benton</u>
Lori R. Benton

Orlando:129345.1

- 4 -