UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,**

                **Plaintiff,**

-vs-                                            Case No.  6:07-cv-1549-Orl-19GJK

**ORMOND RESTAURANT CONCEPTS, INC.,
d/b/a  Frogger's Grill and Bar, AEM, INC., d/b/a
Mirabilis HR,**

                **Defendants.**

_____

**FINAL DEFAULT JUDGMENT AND INJUNCTION IN A CIVIL CASE**

An evidentiary hearing on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 27, filed Mar. 25, 2008) was held by the Court on August 13, 2008.  Upon consideration, it is **ORDERED AND ADJUDGED** that:

1. Final Judgment is entered in favor of Plaintiff, United States Equal Employment Opportunity Commission, and against Defendant, Ormond Restaurant Concepts, Inc., in the total amount of one hundred fifty-four thousand nine hundred eight dollars and forty-two cents **($154,908.42)** of which:

    A. Four thousand nine hundred eight dollars and forty-two cents ($4,908.42) in back pay, twenty-five thousand dollars ($25,000.00) in compensatory damages, and twenty-five thousand dollars ($25,000.00) in punitive damages, totaling fifty-four thousand nine hundred eight dollars and forty-two cents **($54,908.42),** is awarded on behalf of **Patrick Gould**;

    B.    Twenty-five thousand dollars ($25,000.00) in compensatory damages and twenty-five thousand dollars ($25,000.000) in punitive damages, totaling fifty thousand dollars **($50,000.00),** is awarded on behalf of **Nicole Cox**; and

    C.    Twenty-five thousand dollars ($25,000.00) in compensatory damages and twenty-five thousand dollars ($25,000.000) in punitive damages, totaling fifty thousand dollars **($50,000.00)** is awarded on behalf of **Deann Arcodia**.

For all of which sum **LET EXECUTION ISSUE**.

2.    A permanent injunction is **ENTERED** enjoining Ormond Restaurant Concepts, Inc. as follows:

    A.    Defendant, Ormond Restaurant Concepts, Inc., and its officers, successors, and assigns, are hereby enjoined from engaging in conduct which violates Title VII of the Civil Rights Act of 1964, as amended, by adversely affecting the terms and conditions of any individual's employment because of gender.

    B.    Defendant, Ormond Restaurant Concepts, Inc., and its officers, successors, and assigns, are hereby enjoined from taking an unlawful action against any employee who opposes any of Defendant's practices which the employee believes to be unlawful employment discrimination, who files a charge of discrimination with the EEOC alleging violation(s) of such statute; who cooperates with the EEOC in the investigation and/or prosecution of any charge of discrimination; or who cooperated in the investigation or prosecution of this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August  18 , 2008.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Sheryl L. Loesh, Clerk
Counsel of Record
Unrepresented Parties